■ The People of the State of New York, Respondent, v Yahya Talib Qasim, Also Known as Yahya Qasim, Also Known as John Huff, Appellant.—Appeal from judgment, Supreme Court, New York County (Thomas Galligan, J.), rendered on April 7, 1986, dismissed as nonappealable *(People v Seaberg* and *People v Smith,* 74 NY2d 1). No opinion. Concur —Murphy, P. J., Sullivan, Kassal, Ellerin and Smith, JJ.

■ Walker-Prismatic Engraving Corporation, Respondent, v Dormitory Authority of the State of New York, Appellant, et al., Defendant.—Appeal from the order of the Supreme Court, New York County (Martin Evans, J.), entered on May 12, 1989, withdrawn. Motion to vacate stay denied as moot. No opinion. Concur—Sullivan, J. P., Carro, Milonas and Smith, JJ.

■ In the Matter of GSGSB v Borsari Company.—Respondent is directed to physically deliver to petitioner certain documents as enumerated in the order of this court, or, in the alternative, an affidavit as indicated in said order; failure of respondent to comply with the directive contained in this court's order shall render said respondent in willful contempt of an order of this court. Concur—Carro, J. P., Asch, Ellerin, Wallach and Rubin, JJ.